53 So.2d 893

### Alice HILL v. CITY OF BIRMINGHAM.

### 6 Div. 207.

Court of Appeals of Alabama.
April 14, 1951.

Rehearing Denied May 15, 1951.

Geo. E. Trawick, Birmingham, for appellant.

Chas. H. Brown, Birmingham, for appellee.

HARWOOD, Judge.
Affirmed.

53 So.2d 893

### George HINSON v. CITY OF BIRMINGHAM.

### 6 Div. 171.

Court of Appeals of Alabama.
May 1, 1951.

Rehearing Denied May 29, 1951.

Geo. E. Trawick, Birmingham, for appellant.

Chas. H. Brown, Birmingham, for appellee.

PRICE, Judge.
Affirmed on authority of Fiorella v. City of Birmingham, 35 Ala.App. 384, 48 So.2d 761; Id., 254 Ala. 515, 48 So.2d 768.

52 So.2d 888

### Martha HOLLEY v. STATE.

### 4 Div. 169.

Court of Appeals of Alabama.
April 3, 1951.

PRICE, Judge.
Affirmed.

55 So.2d 926

### Evie HUDSON v. CITY OF MOBILE.

### 1 Div. 633.

Court of Appeals of Alabama.
Nov. 27, 1951.

PRICE, Judge.
Affirmed.